UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ANGEL MATTSON, | ) | Case No.: 6:11-cv-00241-HO MC |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER AWARDING ATTORNEY FEES PER EAJA |
| | ) ) | |
| CAROLYN W. COLVIN, Commissioner, Social Security Administration | ) ) ) | |
| Defendant. | ) ) ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $13,747.58 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 1336 E. Burnside St., Suite 130, Portland OR 97132. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing

Page 4 – Petition for Attorney Fees

address stated above.

  IT IS SO ORDERED this 9th day of October, 2013.

             s/ Michael J. McShane
             UNITED STATES DISTRICT JUDGE

Proposed Order submitted:

/s/ George J. Wall      Date: October 8, 2013

George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Angel Mattson

Page 5 – Petition for Attorney Fees